IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI,
JACKSON DIVISION

CAROLINE ("POLLY") CLARK AND                                               PLAINTIFFS
JOHN B. CLARK, ATTORNEY IN FACT
FOR CAROLINE ("POLLY") CLARK

vs.                                                   CIVIL ACTION NO. 3:09cv702-TSL-JCS

JOHN HANCOCK LIFE INSURANCE                                          DEFENDANT
COMPANY

## JUDGMENT OF DISMISSAL WITH PREJUDICE

This cause having come on for hearing on the joint informal motion of Plaintiffs Caroline ("Polly") Clark and John B. Clark, Attorney in Fact for Caroline ("Polly") Clark (the "Clarks") and Defendant John Hancock Life Insurance Company ("John Hancock") for dismissal, with prejudice, of all claims that were or could have been asserted herein by the Clarks against John Hancock, and the Court noting the agreement of the Clarks and John Hancock to the requested relief, finds that this motion should be granted.

IT IS THEREFORE ORDERED AND ADJUDGED that the claims of the Clarks and this action against John Hancock are hereby dismissed in their entirety with prejudice, with the parties to bear their respective costs and attorney fees; and John Hancock is hereby dismissed with prejudice from this action.

SO ORDERED AND ADJUDGED, this the 4th day of January, 2010.

                                                                                          /s/Tom S. Lee
                                                                                          UNITED STATES DISTRICT JUDGE

Agreed:

*s/C. Michael Ellingburg*
C. Michael Ellingburg
Tom Julian
DANIEL COKER HORTON AND BELL, P.A.
P. O. Box 1084
Jackson, MS 39215-1084

**Counsel for Plaintiffs**

*s/Roy H. Liddell*
Roy H. Liddell (MB # 1252)
WELLS MARBLE & HURST, PLLC
P. O. Box 131
Jackson, MS 39205-0131

**Counsel for Defendant**